**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-6926**

———————

JERRY BAIG,

                                       Petitioner - Appellant,

     versus

UNITED STATES OF AMERICA,

                                        Respondent - Appellee.

———————

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg. Irene M. Keeley, District Judge. (CA-99-12-1)

———————

Submitted: November 18, 1999    Decided: November 23, 1999

———————

Before WILKINS, HAMILTON, and LUTTIG, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Jerry Baig, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jerry Baig appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Baig v. United States</u>, No. CA-99-12-1 (N.D.W. Va. June 30, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>